AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida
Tampa Division

JOSE NAVA

*Plaintiff(s)*

v.

RIVERVIEW FLOWER FARM, INC.

*Defendant(s)*

Civil Action No. 8:26-cv-3124-VMC-GDP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RIVERVIEW FLOWER FARM, INC.
through its Registered Agent:
RICHARD L. BROWN
9107 Taylor Road
Seffner, FL 33584

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexis Mena-Glasgow
Simpson & Mena, P.A.
2250 SW Third Avenue, Suite 501
Miami, FL 33129
Tel: (305) 912-7665
alexis@simpsonmenalaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Angel Waddell

Date: October 15, 2026

*Signature of Clerk or Deputy Clerk*